1
2
3
4
5
6                       UNITED STATES DISTRICT COURT
7                      SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,                Case No.:  23-cr-1564-JO

10                            Plaintiff,
                                            **ORDER CONTINUING MOTION**
11  v.                                      **HEARING/TRIAL SETTING**

12  JAHAZIEL JAVIER RAMIREZ RODRIGUEZ,

13                            Defendant.

14

15        On October 8, 2023, the parties filed a Joint Motion to Continue the Motion

16  Hearing/Trial Setting currently set for October 13, 2023 to December 1, 2023.  For good

17  cause appearing, the Court GRANTS the joint motion to continue [Dkt. 20] and sets the

18  Motion Hearing/Trial Setting on December 1, 2023 at 1:30 p.m.

19        For the reasons set forth in the joint motion, the Court finds that the ends of justice

20  will be served by granting the requested continuance, and these outweigh the interests of

21  the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22  continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23  //
24  //
25  //
26  //
27  //
28  //

1     Further, on August 4, 2023, the Defendant filed a pretrial motion that remains

2  pending.  Accordingly, the Court finds that time from August 4, 2023 to December 1, 2023

3  shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.

4  18 U.S.C. § 3161(h)(1)(D).

5     IT IS SO ORDERED.

6  Dated: <u>10/12/2023</u>          _____

7                           Hon. Jinsook Ohta
                             UNITED STATES DISTRICT JUDGE

23-cr-1564-JO