# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAHAZIEL JAVIER<br>　　RAMIREZ RODRIGUEZ (1)<br>　　　　Defendant. | Case No. 23-cr-1564-JO<br><br>Booking No. 09372-506<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

Based upon the motion of the United States, the Court grants the United States' motion to dismiss without prejudice the Information in the above-entitled case against defendant Jahaziel Javier Ramirez Rodriguez. (Dkt. 27.) The defendant is hereby discharged and the bond is hereby exonerated.[1]

IT IS SO ORDERED AND ADJUDGED.

DATED: 1/5/24

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

---

[1] If the bond was secured by a cash deposit and/or property, defense counsel must prepare an order to disburse funds and/or release collateral and submit the proposed order, pursuant to General Order 635 (S.D. Cal. February 6, 2014), to the Magistrate Judge who set the bail conditions.

-1-